UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
DAVID CHUNG,

        Plaintiff,                                JUDGMENT
                                                       20-CV-3983 (RPK) (CLP)

  -against-

PURE FISHING, INC.,

        Defendant.
-------------------------------------------------------------- X

        A Memorandum and Order of Honorable Rachel P. Kovner, United States District Judge, having been filed on March 23, 2022, granting Pure Fishing's motion to dismiss; granting plaintiff leave to file a amended complaint within thirty days; and an Order having been filed on May 2, 2022, dismissing this case with prejudice; and directing the Clerk of Court to enter judgment; it is

        ORDERED and ADJUDGED that this case is dismissed with prejudice; and that judgment is hereby entered in favor of defendant.

Dated: Brooklyn, NY                                                        Brenna B. Mahoney
       May 5, 2022                                                         Clerk of Court

                                                                                         By: */s/Jalitza Poveda*
                                                                                            Deputy Clerk